MN-305
(10/00)

*Receipt # 192703*
*Rung on 03-07-11 CNN*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: James F. Dlugosch

Chapter 7 Case No. 03-48174

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Hillcrest Country Club | 2 | | $0.71 |

*RECEIVED 11 MAR -7 AM 9:37 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

Date: March 1, 2011

Trustee
Dwight R. J. Lindquist
4509 Hibiscus Avenue
Minneapolis, MN  55435
(952) 922-3815   #63538